IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN WILSON, B15948**, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 16-1119-SMY |
| | ) |
| **JEFF HUTCHINSON,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF IMPENDING DISMISSAL

**YANDLE, District Judge:**

Plaintiff John Wilson filed this action pursuant to 42 U.S.C. § 1983 against the warden of Menard Correctional Center, Jeff Hutchison. Plaintiff claims that he was forced to perform oral sex on an unknown person by an assistant warden of Menard in retaliation for his crime. (Doc. 1). Plaintiff requests "help." (Doc. 1, p. 1).

On October 6, 2016, this case was opened in the Central District of Illinois without payment of a filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). On October 7, 2016, the case was transferred to this Court and that same day, the Clerk of Court sent Plaintiff a letter (Doc. 4) advising him that he must prepay the filing fee of $400.00 or file an IFP Motion within thirty (30) days (*i.e.*, by November 7, 2016). Plaintiff was clearly warned that failure to prepay the full filing fee or file an IFP Motion by November 7, 2016, would result in dismissal of this case (*id.*). Document 4 was sent electronically to Plaintiff at the address listed on the Complaint and on file with the Clerk's Office in this action at the time – c/o Menard Correctional Center. Attached to this letter was a form IFP Motion.

To date, Plaintiff has not paid the $400.00 filing fee for the action or filed a properly completed IFP Motion and Trust Fund Statement. The Court cannot allow this matter to linger indefinitely.

Plaintiff is again **ORDERED** to provide the Court with a filing fee of $400.00 or a properly completed IFP Motion on or before **January 12, 2017**. If Plaintiff files an IFP Motion, the Court must review Plaintiff's trust fund account statement for the 6-month period immediately preceding the filing of this action. Thus, Plaintiff must have the Trust Fund Officer at his facility complete the attached certification and provide a copy of his trust fund account statement (or institutional equivalent) for the period 4/1/2016 to 10/7/2016. This information should be mailed to the Clerk of Court at the following address: United States District Court – Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Clerk is DIRECTED send Plaintiff another form IFP motion.

Plaintiff is again **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate Plaintiff's whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order shall result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

DATED: December 13, 2016.

                                              s/ STACI M. YANDLE
                                              United States District Judge